**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Elijah Isaiah Wallace,<br><br>　　　　　Defendant. | No. CR-21-01654-002-TUC-JCH (MAA)<br><br>**ORDER** |

Before the Court is incarcerated pro se Defendant's "Petition for Final Disposition of Probation Supervised Release Violation." Doc. 111. The Government opposes Defendant's Motion. Doc. 112.

Defendant is in custody of the Arizona Department of Corrections. *See* Doc. 111 at 1; Doc. 112 at 1. Defendant seeks a speedy disposition of his federal supervision revocation matter because Defendant believes he cannot accrue good time credits due to the pending detainer in this case. *See* Doc. 111.

**I.      Legal Standard**

Violations of supervised release are governed by Rule 32.1 of the Federal Rules of Criminal Procedure. That rule states that "[a] person *held in custody* for violation probation or supervised release must be taken without unnecessary delay before a magistrate judge." Fed. R. Crim. P. 32.1(a)(1) (emphasis added). Sentences imposed for supervised release violations run consecutively to a sentence imposed for the crime underlying the revocation. U.S.S.G. § 7B1.3(f); *United States v. Contreras*, 63 F.3d 852, 855 (9th Cir. 1995).

## II. Analysis

Defendant is not in federal custody because he is in the custody of the Arizona Department of Corrections. Until he is in federal custody, Defendant has no right to appear before a magistrate judge, or to accept "a reasonable guilty plea offer in absentia or upon video-hearing," or "to accept a reasonable concurrent probation violation sentence in absentia that starts from the time the federal detainer was lodged." Doc. 111 at 2. Given sentencing guidelines policy, Defendant will not be prejudiced by waiting until his in federal custody to initiate revocation proceedings. *See United States v. Donald Cruz Vavages*, 2020 WL 4284408, at *1 (D. Ariz. July 27, 2020). The Court will therefore exercise its discretion to deny Defendant's Motion.

## III. Order

Accordingly,

**IT IS ORDERED DENYING** Defendant's Motion (Doc. 111).

Dated this 16th day of January, 2024.

John C. Hinderaker
United States District Judge